THE HONORABLE BRIAN D. LYNCH
CHAPTER 13
VANCOUVER, WA

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON AT VANCOUVER**

In Re: ) Case No. 12-41705
)
    SAVUTH PENN )
) DECLARATION OF ELIZABETH COSTANTI
) RE: DEBTOR'S PAYMENT HISTORY
                Debtor )

I, Elizabeth Costanti, hereby declare that the following statements are true and correct to the best of my knowledge, and am subject to penalty of perjury under the laws of the United States:

1. That I am over the age of eighteen, a resident of the United States of America, and otherwise competent to provide the following testimony from my personal knowledge;

2. That I am employed by David M. Howe, Standing Chapter 13 Trustee charged with administering Debtor's instant bankruptcy estate;

3. That I am the case administrator assigned to the above-captioned case;

4. That, according to our records, Debtor has failed to make all payments as required by the plan;

//

//

David M. Howe
Chapter 13 Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402
(253) 572-6600

Declaration                                         1

5. That, as of today's date, Debtor's payment delinquency stands at $5,400.00, pursuant to the below payment history:

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 21 | 12/2013 | $1,350.00 | $1,350.00 | | $0.00 |
| 22 | 1/2014 | $1,350.00 | $675.00 | | $675.00 |
| 23 | 2/2014 | $1,350.00 | | | $2,025.00 |
| 24 | 3/2014 | $1,350.00 | | | $3,375.00 |
| 25 | 4/2014 | $1,350.00 | | | $4,725.00 |
| 26 | 5/2014 | | | | $4,725.00 |

6. That I will provide any further information required by the Court to assist in its adjudication of the issues presented in Trustee's Motion to Dismiss.

DATED this 9th day of May 2014.

/s/ Elizabeth Costanti
ELIZABETH COSTANTI
Case Administrator

David M. Howe
Chapter 13 Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402
(253) 572-6600

Declaration 2